UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 4:15-CR-_15_ - CDL |
| v. | VIOLATIONS:<br>18 U.S.C. § 2250(a) |
| DARNELL FEAGINS, | |
| Defendant. | INDICTMENT |

THE GRAND JURY CHARGES:

## COUNT ONE
### (FAILURE TO REGISTER AS A SEX OFFENDER)

Between on or about July 22, 2013, and August 14, 2014, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**DARNELL FEAGINS,**

a person required to register under the Sex Offender Registration and Notification Act (SORNA) by reason of a conviction for a Criminal Sexual Act in the 2nd Degree under the laws of New York, traveled in interstate commerce, and knowingly failed to register as a sex offender as required by SORNA. All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL.

_s/_
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

_____
CRAWFORD SEALS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12th day of March, AD 2015.

_____
Deputy Clerk