UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO: 4:15-CR-15 - CDL |
| v. | : VIOLATIONS: |
| | : 18 U.S.C. § 2250(a) |
| DARNELL FEAGINS, | : |
| Defendant. | : INDICTMENT |

## PLEA

I, DARNELL FEAGINS, having been advised of my Constitutional rights, and having had the charges herein stated to me, plea _not guilty_ this _2nd_ day of _April_, 2015.

x _[signature]_
DARNELL FEAGINS
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT

_[signature]_
CRAWFORD SEALS
ASSISTANT UNITED STATES ATTORNEY