Filed at _3:11 P_ M
DATE _5/14/15_
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

UNITED STATES OF AMERICA      :

       **v.**              :     **CRIMINAL NO.: 4:15-CR-15 (CDL)**

DARNELL FEAGINS      :

---

### CHANGE OF PLEA

I, DARNELL FEAGINS, having been advised of my Constitutional rights and having had the charge(s) herein stated to me, do now hereby plead guilty to Count One of the indictment.

This _14th_ day of _May_ ,2015.

x _D. Fay_
DARNELL FEAGINS
DEFENDANT

JOSE GUZMAN
ATTORNEY FOR DEFENDANT

CRAWFORD SEALS
ASSISTANT UNITED STATES ATTORNEY