IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



# MINUTE SHEET OF SENTENCING HEARING (UNCONTESTED/NON-EVIDENTIARY)

Date: August 14, 2015　　　　　　　　　　Time in Court: 7 minutes

Judge: CLAY D. LAND　　　　　　　　　　Court Reporter: Betsy Peterson

Courtroom Deputy: Elizabeth S. Long　　　Interpreter: N/A

Case Number: 4:15-CR-15-001 (CDL)

U.S.A.　　　　　　　　　　　　　　　　　AUSA: Crawford Seals

v.

DARNELL FEAGINS　　　　　　　　　　Counsel: Tim Saviello

Agent in attendance: Wendy Howard and Alan Alexander, USPO

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

**OFFENSE LEVEL**: 12　　　　**CATEGORY**: V　　　　**RANGE**: 27 - 33 **MONTHS**

**IMPRISONMENT:** 27 **MONTHS** to be served consecutively to any parole revocation sentence imposed in Kings County, New York Supreme Court Case Number 07838-2011　　　**SUPERVISED RELEASE:** 5 **YEARS**

### CONDITIONS OF RELEASE / MONETARY PENALTIES

- ☒ Dft shall not possess **firearms** or other dangerous weapons.
- ☒ Dft to cooperate in the collection of **DNA** as directed by the USPO.
- ☒ A **mandatory assessment fee** of $ 100.00 is to be paid immediately.
- ☒ **Fine is waived.** It is the Court's judgment that the defendant is unable and not likely to become able to pay all or part of a fine even with the use of a reasonable installment schedule. Therefore, the Court waives the fine as well as any alternative sanctions in this case.
- ☒ Dft shall register with the state Sex Offender Registration Agency.
- ☒ Completion of GED.

VOLUNTARY SURRENDER: ☐ Yes ☒ No　　　APPEAL INFORMATION GIVEN TO: ☒ Atty ☒ Dft